UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:20-CR-00507-AA |
| v. | INFORMATION |
| ARTURO GONZALES JR., | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 |
| Defendant. | Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Conspiracy to Possess with Intent to Distribute Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846)**

From about June to July 31, 2020, in the District of Oregon, defendant **ARTURO GONZALES JR.**, did knowingly combine, conspire and confederate with others to distribute, and possess with intent to distribute, 500 grams or more of a mixture or substance containing methamphetamine, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

\\\

\\\

\\\

**INFORMATION**                                                                 Page 1

**FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 1, defendant **ARTURO GONZALES JR.,** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation including a 2015 Chevy Silverado with VIN number 1GCNCPEH9FZ361087 and license plate number CA97914.

Dated: November 3, 2020.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Joseph H. Huynh*
JOSEPH H. HUYNH
Assistant United States Attorney